# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

SHON WOOD,

                **Plaintiff,**

                **v.**                          Civil No.  09-6330-AA

KENWOOD TELECOM CORP.,

                **Defendant.**

_____

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated.

Dated:  February 18, 2010.

                            MARY L. MORAN, CLERK

                            by  /s/ Leslie Engdall
                                Leslie Engdall, Deputy

**ORDER OF DISMISSAL**